UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,  )  <br>    *Plaintiff*,  ) <br> ) <br>    *vs.*  ) <br> ) <br>JUAN CHAVEZ-CASTILLO, INDIVIDUALLY AND  ) <br>D/B/A EL PARRAL DANCING CLUB, and 1ST  ) <br>J&M INCORPORATED, D/B/A EL PARRAL  ) <br>DANCING CLUB,  ) <br>    *Defendants*.  ) | 1:12-cv-01317-JMS-TAB |

## ORDER TO SHOW CAUSE

The Court's review of the docket in this action reflects no activity since August 8, 2013. [Dkts. 28; 29.] And more than 120 days have passed since amended summons were issued as to Mr. Chavez-Castillo. The Plaintiff must **SHOW CAUSE** no later than **January 17, 2014**, why the Court should not dismiss this action without prejudice for failure to prosecute and failure to effect proper service. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *see also GCIU Employer Retirement Fund v. Chicago Tribune Co.*, 8 F.3d 1195, 1198-99 (7th Cir. 1993) ("[A] party cannot decide for itself when it feels like pressing its action and when it feels like taking a break because trial judges have a responsibility to litigants to keep their court calendars as current as humanly possible." (quotation omitted)). Any response to this Order must include a proposed schedule to promptly resolve this action. A failure to respond will be deemed consent to a dismissal without prejudice.

- 1 -

01/09/2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**<u>Distribution via ECF only to all counsel of record</u>**